## FOURTH DEPARTMENT, APRIL, 1960

## (April 7, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT D. BILLOPS, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of manslaughter, first degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ C. H. HEIST, INC., Respondent, v. PETER KIEWIT SONS' Co. et al., Appellants. PETER KIEWIT SONS' Co. et al., Plaintiffs, v. C. H. HEIST, INC., Defendant, and NEW AMSTERDAM CASUALTY Co., Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying motion by the appealing defendants for dismissal of the complaint and for summary judgment on their counterclaim with a determination of their damages.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ ELLIS MAYNARD, as Administrator of the Estate of AUTYLEE MAYNARD, Deceased, Appellant, v. WILLIAM WIETAN, Respondent.— Judgment unanimously reversed on the law and facts, verdict of the jury set aside as against the weight of evidence, and a new trial granted, with costs to appellant to abide the event. Memorandum: The order directing a verdict in favor of the defendant is reversed on the ground that there were issues of fact to be determined by the jury. However, the verdict of the jury in favor of the plaintiff was contrary to the weight of evidence. A new trial is required. (Appeal from judgment of Erie Trial Term for defendant for no cause of action on a directed verdict, after the setting aside of the jury's verdict in favor of plaintiff, in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.